#117  #12876

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 AUG 13 PM 2:46
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

| | | |
|---|---|---|
| In re: | ) | Case Number: 09-38597 |
| Aaron D. and Angela D. Mast, | ) | Chapter 7 |
| Debtors. | ) | JUDGE MARY ANN WHIPPLE |

### REPORT OF DIVIDENDS OF LESS
### THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| St. Charles | PO Box 9591<br>Toledo, OH 43697-9595 | $1.13 |

Check number 117 in the amount of $1.13 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

August 12, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129